UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD VANNESS,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, September 15, 2008,** and responses to these motions shall be filed by **Friday, September 26 , 2008.** It is

FURTHER ORDERED that counsel shall notify the Court if a hearing on all pending motions, if any, and final trial preparation conference is necessary. It is

FURTHER ORDERED that a 4-day jury trial is set for **Tuesday, October 14, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: August 20, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge