IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD VANNESS,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Government's Motion to Disclose Grand Jury Transcript to Defendant [doc. #25, filed November 14, 2008]. The Government seeks to disclose the grand jury transcript of Deputy U.S. Marshal Eric Naber, whom the Government intends to call as a witness at trial, to Defendant. The Court being advised in the premises, it is hereby

ORDERED that Government's Motion to Disclose Grand Jury Transcript [doc. #25, filed November 14, 2008] is **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the Government is authorized to provide a copy of the transcript of the grand jury testimony given by Deputy U.S. Marshal Eric Naber to defense counsel on the condition that the copy of the transcript be retained in the personal custody or confidential files in the office of defense counsel.

Dated: November 21, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge