**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 21, 2009 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

| | |
|---|---|
| Criminal Case No. **08-cr-00326-WYD** | Counsel: |
| UNITED STATES OF AMERICA, | Robert E. Mydans |
| | Todd P. Norvell |
| Plaintiff, | |
| v. | |
| **1. DONALD VANNESS**, | Robert W. Pepin |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING ON PENDING MOTIONS**

**9:11 a.m.**    Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion to Suppress Evidence Seized from Maroon Camero [doc. #35], filed November 18, 2008, is raised for argument.

| | |
|---|---|
| 9:13 a.m. | Government's witness **Eric Naber** sworn. |
| | Direct examination by Government (Mr. Norvell).<br>*EX ID:        1, 2, 3, 4, 5, 6, 7, 8* |

**Exhibit/s 1, 2, 3, 4, 5, 6, 7, 8 RECEIVED.**

| | |
|---|---|
| 9:56 a.m. | Cross examination by Defendant (Mr. Pepin).<br>*EX ID:        8* |
| **10:39 a.m.** | Court in Recess |
| **11:08 a.m.** | Court in Session |
| | Government's witness **Eric Naber** resumes. |
| | Cross examination by Defendant continues (Mr. Pepin). |
| 11:24 a.m. | Re-Direct examination by Government (Mr. Norvell).<br>*EX ID:        2* |
| 11:28 a.m. | Government's witness **Timothy Falconer** sworn. |
| | Direct examination by Government (Mr. Mydans). |
| 11:46 a.m. | Cross examination by Defendant (Mr. Pepin).<br>*EX ID:        6* |
| 11:51 a.m. | Government's witness **John Gaskins** sworn. |
| | Direct examination by Government (Mr. Mydans).<br>*EX ID:        6* |
| 11:58 a.m. | Cross examination by Defendant (Mr. Pepin). |
| 12:00 p.m. | Government rests |
| **ORDERED:** | This matter is **CONTINUED** until 3:15 p.m. |
| **12:01 p.m.** | Court in Recess |
| **3:29 p.m.** | Court in Session |

|  | Defendant's Motion in Limine Re: Government's Noticed Intent to Present Evidence Pursuant to F.R.E. 404(b) [doc. #45], filed December 8, 2008, and Defendant's Motion for Disclosure of 404(b) Evidence [doc. #32], filed November 18, 2008, are raised for argument. |
|---|---|
| 3:30 p.m. | Argument by Government (Mr. Norvell). |
| 3:48 p.m. | Argument by Defendant (Mr. Pepin). |
|  | Court makes findings. |
| **ORDERED:** | Defendant's Motion in Limine Re: Government's Noticed Intent to Present Evidence Pursuant to F.R.E. 404(b) [doc. #45], filed December 8, 2008, is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Defendant's Motion for Disclosure of 404(b) Evidence [doc. #32], filed November 18, 2008, is **DENIED AS MOOT.** |
|  | Defendant's Motion to Sever Counts of Indictment [doc. #33], filed November 18, 2008, is raised for argument. |
| 4:11 p.m. | Argument by Defendant (Mr. Pepin). |
| 4:13 p.m. | Argument by Government (Mr. Norvell). |
| **ORDERED:** | Defendant's Motion to Sever Counts of Indictment [doc. #33], filed November 18, 2008, is **DENIED.** |
|  | Defendant's Motion to Suppress Evidence Seized from Maroon Camero [doc. #35], filed November 18, 2008, is raised for argument. |
| 4:15 p.m. | Argument by Defendant (Mr. Pepin). |
| **ORDERED:** | Defendant's Motion to Suppress Evidence Seized from Maroon Camero [doc. #35], filed November 18, 2008, is **DENIED.** |
|  | Defendant's Motion for Discovery [doc. #18], filed September 15, 2008, is raised for argument. |
| 4:17 p.m. | Argument by Defendant (Mr. Pepin). |
| 4:23 p.m. | Argument by Government (Mr. Mydans). |
| 4:27 p.m. | Argument by Defendant (Mr. Pepin). |

**ORDERED:** Defendant's Motion for Discovery [doc. #18], filed September 15, 2008, is **DEFERRED.**

**ORDERED:** Defendant's Motion for Disclosure of Intent to Offer Expert Testimony, for Reports of Experts, and for Results of Methodologies [doc. #34], filed November 18, 2008, is **DENIED AS MOOT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:37 p.m.** Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 3:29**