UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD VANNESS,

    Defendant.

---

**PROTECTIVE ORDER**

---

IT IS HEREBY ORDERED that Defendant Donald Vanness and his counsel, Robert Pepin, shall not disclose any personal information provided by the government in discovery, or the substance thereof, in any way or to any person, except as is necessary in preparing and presenting the legal defense of this case.

IT IS FURTHER ORDERED that for purposes of this order, the term "personal information" means any financial or banking information, any address, any fax or telephone number, any telephone subscriber information, any information from any employer's personnel file, or any identifying number assigned by any government entity in the United States (such as a social security number or driver's license number). It specifically means any training records of any sort as they relate to the training of Deputy United States Marshal Eric Naber.

IT IS FURTHER ORDERED all materials provided pursuant to this Order and any copies made by the defense, specifically any and all training records of Deputy United

States Marshal Eric Naber, be returned to the plaintiff United States of America at the conclusion of the case. That includes any and all appeals.

Dated: February 2, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge