UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD VANNESS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with a criminal trial, the sentencing hearing set for **Wednesday, February 10, 2010, at 11:00 a.m., in Courtroom A-1002** is **VACATED** and **RESET** for **Wednesday, February 17, 2010 at 2:00 p.m**.

    **Based on the decisions by the Supreme Court of the United States in *Gall v. United States*, 128 S. Ct. 556 (Dec. 10, 2007) and *Kimbrough v. United States*, 128 S. Ct. 558 (Dec. 10, 2007), all motions for variance, downward departure, upward adjustment, and for any sentence outside the advisory guideline range shall be filed not later than fourteen (14) days prior to sentencing.  Responses to these motions shall be filed not later than seven (7) days prior to sentencing hearing.**

    **Motions for acceptance of responsibility and motions to dismiss counts/indictment, and proposed orders as to these motions, shall be filed not later than seventy-two (72) hours prior to the date of sentencing.**  Proposed orders shall also be electronically submitted to the chambers e-mail account.  This deadline does not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

    **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  January 22, 2010.