**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   08-cr-00326-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  DONALD VANNESS,

   Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court Government's Motion to Dismiss Count Two of the Indictment [80], filed February 1, 2010.  After a review of the motion and the file, it is hereby

ORDERED that Government's Motion to Dismiss Count Two of the Indictment [80], filed February 1, 2010, **is GRANTED.**

Dated this 17th day of February, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE